PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>STEPHEN J. ISOCZKY,<br><br>  Defendant. | CASE NO. 1:17-MJ-00198-SKO<br><br>MOTION TO DISMISS COMPLAINT<br>[FED. R. CRIM. PROC. 48(a)] |

Comes now the United States, by and through its attorneys of record, PHILLIP A. TALBERT, United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice. This request is made because the defendant is deceased. The U. S. Marshals Service provided the government with defendant's death certificate.

Dated: October 20, 2022                    PHILLIP A. TALBERT
                                           United States Attorney


                                     By:   /s/ LAUREL J. MONTOYA
                                           LAUREL J. MONTOYA
                                           Assistant United States Attorney

///

///

///

///

## **ORDER**

IT IS SO ORDERED that the Complaint be dismissed as to defendant Isoczky and the arrest warrant recalled.

DATED: 10/21/2022

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE